# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMARA FALCONE,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**CRESCENT BANK AND TRUST INC.**, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 5:16-cv-00237-SJO-DTB<br><br>**ORDER**    JS-6<br><br>FILED<br>CLERK, U.S. DISTRICT COURT<br>October 21, 2016<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___VPC___ DEPUTY |

  IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

  Dated this 21st day of October, 2016.

*S. James Otero*
_____
The Honorable S. James Otero